1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

8

9

10

11  ROBERT COHEN, individually and on behalf of all others similarly situated,

12                    Plaintiffs,

13          vs.

14  UNITED HEALTHCARE SERVICES, INC.,

15

16                    Defendant.

17

18

CASE NO. 10-2027 CAS (ANx)

**CLASS ACTION**

[~~PROPOSED~~] **ORDER VACATING ALL OUSTANDING HEARINGS AND DEADLINES**

Honorable Christina A. Snyder

19          In light of the parties' agreement to settle the above-referenced class action,

20  the parties request to present their proposed class action settlement to the Court for

21  preliminary approval, and insofar as both parties have stipulated as much, **IT IS**

22  **HEREBY ORDERED:**

23

24          That all outstanding hearings and deadlines are vacated without prejudice to

25  their re-setting if this Court does not approve of the parties' Settlement Agreement.

26  The Plaintiff is hereby ordered to file a motion for preliminary approval of the

27  ///

28  ///

1  proposed class action settlement by December 13, 2010.  Plaintiff's motion for

2  preliminary approval is hereby set to be heard on: January 13, 2011 at 10:00 a.m.

3

4  *Christina A. Snyder*

5  DATED:  11/29/2010          HONORABLE. CHRISTINA A. SNYDER

6                              UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28