# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendant. | CASE NO. 10-2027 CAS (ANx)<br>**CLASS ACTION**<br><br>**ORDER EXTENDING PLAINTIFF'S DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND RESETTING HEARING OF SAME**<br><br>Honorable Christina A. Snyder |

**ORDER**

In light of the parties' request to extend Plaintiff's deadline to file his Motion for Preliminary Approval to December 17, 2010, and in light of the time reasonably needed for the Court to review Plaintiff's motion before the hearing of same, and insofar as both parties have stipulated as much, **IT IS HEREBY ORDERED:**

That Plaintiff's motion for preliminary approval is hereby reset to be heard on: **February 7, 2011** at **10:00 a.m.** The Plaintiff will file his motion for preliminary approval of the proposed class action settlement with this Court by Friday, December 17, 2010.

DATED: December 13, 2010

*Christina A. Snyder*

HONORABLE. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE