MELISSA MEEKER HARNETT (Bar No. 164309)
mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

CRAIG J. ACKERMANN, (Bar No. 229832)
cja@laborgators.com
DEVIN C. COYLE, (Bar No. 267194)
devin@laborgators.com
**ACKERMANN & TILAJEF, P.C.**
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff and the putative class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　Defendant. | CASE NO. 10-2027 CAS (ANx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: Monday, June 6, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Christina A. Snyder |

**NOTICE IS HEREBY GIVEN** that, on Monday, June 6, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California before the Honorable Judge Christina A. Snyder, Plaintiff Robert Cohen ("Plaintiff") on behalf of himself and all others similarly situated, will and does hereby move the Court pursuant to Rule 23(e) to:

(1) Finally approve the proposed Joint Stipulation of Class Action Settlement (the "Agreement") and Settlement Fund of $1,250,000.00. A Net Settlement Fund ("NSF") would be distributed to class members, with no reversion to Defendant, after deduction of incentive award of $12,000.00 to Named Plaintiff in recognition of his services to the class; deduction of $5,000.00 for a PAGA payment to the California Labor Workforce Development Agency; and deduction of $18,000.00 for claims administration by Simpluris, Inc.;

(2) Finally certify the class for purposes of settlement;

(3) Finally appoint Plaintiff as Class Representative for purposes of settlement;

(4) Finally appoint Wasserman, Comden, Casselman & Esensten, L.L.P., ("WCCE") and Ackermann & Tilajef, P.C., ("A&T") as Class Counsel for purposes of settlement; and

(5) Grant an Enhancement Award of $12,000.00 to Named Plaintiff Robert Cohen in recognition of his service to the Class

(6) Order that Defendant pay actual administration costs to Simpluris, Inc. in the amount of $18,000;

(7) Order distribution of the Net Settlement Fund to participating Class Members.

This Motion is hereby made based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declarations of Melissa Meeker Harnett, Craig Ackermann, and Tony Dang and exhibits thereto, and

Proposed Order Granting Motion, and upon Plaintiff's Motion for Attorneys' Fees and Costs and all documents filed in support thereof, and upon such other oral and documentary evidence as may be presented at the time of the hearing, on all of the pleadings, records, and papers on file in this action, and upon whatever additional argument and evidence that may be presented to the Court at the time of the hearing.

DATED: May 16, 2011                    Respectfully submitted,

**WASSERMAN, COMDEN,
CASSELMAN & ESENSTEN, L.L.P.**
MELISSA MEEKER HARNETT
JESSE B. LEVIN

**ACKERMANN & TILAJEF, P.C.**
CRAIG ACKERMANN
DEVIN COYLE


By: /s/Melissa M. Harnett
      MELISSA MEEKER HARNETT
Attorneys for Plaintiff Robert Cohen,
individually and on behalf of all others
similarly situated