WASSERMAN, COMDEN, CASSELMAN & ESENSTEIN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendant. | CASE NO. 10-2027 CAS (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: June 6, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Christina A. Snyder |

Having read and considered Plaintiff's papers, declarations, exhibits and arguments in support of his unopposed Motion for Attorneys' Fees and Costs, and good cause appearing therefore for the reasons stated therein, the Court grants said motion and finds and orders as follows:

1. The Court finds and determines that reasonable attorneys' fees should be awarded to Ackermann & Tilajef, P.C. and Wasserman, Comden, Casselman & Esensten, LLP, counsel for plaintiff Robert Cohen, individually and on behalf of all others similarly situated, of 25% of the Settlement Fund of $1,250,000. Therefore, the Court awards and grants final approval of the sum of $312,500.00 from the Settlement Fund as attorneys' fees.

2. The Court finds and determines that $13,750.00 in costs should be awarded to Ackermann & Tilajef, P.C. and Wasserman, Comden, Casselman & Esensten, LLP. These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed said costs from the Settlement Fund.

DATED: June 6. 2011

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE